# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

RASHAD RICHMOND _____ )

_____ )   Case Number: _19- 1097- NJR_

_____ )            *(Clerk's Office will provide)*

_____ )

*Plaintiff(s)/Petitioner(s)* )

v.                           )   ☑ CIVIL RIGHTS COMPLAINT

C/O Rutherford _____ )   pursuant to 42 U.S.C. §1983 (State Prisoner)

C/O Thompson _____ )   ☐ CIVIL RIGHTS COMPLAINT

C/O Hannah _____ )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)

L.T Dixon _____ )   ☐ CIVIL COMPLAINT

*Defendant(s)/Respondent(s)* )   pursuant to the Federal Tort Claims Act, 28 U.S.C.

                             )   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of
     confinement. Rashad Richmond #M41803

     P.O BOX 1700

     Galesburg, IL 61402

**Defendant #1:**

B.   Defendant _____Rutherford_____ is employed as

                   (a)   (Name of First Defendant)

     _____Correctional Officer_____

                   (b)   (Position/Title)

     with _Illinois Department Of Corrections_

                   (c)   (Employer's Name and Address)

     10930 Lawrence Rd. Sumner, IL 62466

     At the time the claim(s) alleged this complaint arose, was Defendant #1
     employed by the state, local, or federal government?   ☑ Yes   ☐ No

     If your answer is YES, briefly explain:

     employed by The STATE



# * Previous Lawsuits *

1.) Parties to previous Lawsuits
   Rashad K. Richmond ( plaintiff)

   Director of Nurses et. Al., ( Defendants )

2.) Court
   Southern District — 750 Missouri Ave.
                       East St. Louis, IL 62201

3.) Docket Number
   19 C 00645

4.) Judge
   SMY

5.) Type of Case
   Civil Rights Action

6.) Disposition
   Still Pending

7.) Date of Filing
   June 13th, 2019

**Defendant #2:**

C.    Defendant _____Thompson_____ is employed as

(Name of Second Defendant)

_____Correctional Officer_____

(Position/Title)

with ___Illinois Department Of Corrections___

(Employer's Name and Address)

___10930 Lawrence Rd. Sumner IL, 62466___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:

employed by the State.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3 :    ___Hannah___

NAME

___Correctional Officer___

Position

___Illinois Department Of Corrections___

Employers Name And Address

___10930 Lawrence Rd. Sumner, IL 62466___

employed by the State   ☑ Yes

Defendant #4 : ___Dixon___

Name

___Leivtanant___

Position

___Illinois Department Of Corrections___

Employers Name And Address

___10930 Lawrence Rd. Sumner, IL 62466___

employed by the State

☑ Yes

## II. PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes  ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):   *Rashad K. Richmond*

Defendant(s):   *Officer Contreares, et Al.)*

2.   Court (if federal court, name of the district; if state court, name of the county):   *Cook County*

3.   Docket number:   *19 C 2301*

4.   Name of Judge to whom case was assigned:   *Sharon Johnson Coleman*

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   *Civil Rights Action*

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):   *Still pending*

7.   Approximate date of filing lawsuit:   *April 4th, 2019*

1.) <u>Parties to Previous Lawsuits</u>
Rashad K. Richmond (Plaintiff)

Brookhart et. Al., (Defendants)

2.) <u>Court</u>
Southern District - 750 Missouri Ave
EAST St. Louis, IL 62201

3.) <u>Docket Number</u>
19 C 000646

4.) <u>Judge</u>
NJR

5.) <u>Type of Case</u>
Civil Rights Action

6.) <u>Disposition</u>
Still Pending

7.) <u>Date of Filing</u>

June 13th, 2019

8.   Approximate date of disposition:

*N/A*

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

*N/A*

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution?   ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.   If your answer is YES,
   1.   What steps did you take?

   *I filed A Grievance, Then I Appealed it through The institution level.*

   2.   What was the result?

   *I got Denied The relief, And/or Any help I Seeked.*

D.   If your answer is NO, explain why not.

*N/A*

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

*N/A*

F.   If your answer is YES,
   1.   What steps did you take?

   *N/A*

   2.   What was the result?

   *N/A*

G.    If your answer is NO, explain why not.

N/A

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

Heres A COPY of the APPEAL, BUT Here's A COPY of the Response where they DENIED ME Also.

IV.   **STATEMENT OF CLAIM**

   A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1.) On July 23rd, 2019 I was released out of crisis (suicide watch) in Lawrence C.C After being on there for 2 weeks Due to A trauma incident/me Getting assaulted by Officers 2 weeks Prior. I was escorted to Seg (segregation) to B-wing to Cell Lower 3, And I immediately Notified Officers & other Authorities that I needed A mattress & bed roll because I didn't have one due to me being released from crisis, But they gave me the Run Around And I was stuck without A mattress & bedroll until 2nd Shift (3pm-11pm) CAME.

2.) This particular day B-wing had showers And by me being one of the first few cells I was escorted to the showers first, Right when the C/O's (correctional officers) got on deck at approximately 3:00 pm. When I got to the shower I Asked C/O "Rutherford" Very nicely can he please Get me A mattress & bed roll because I Just Got out of crisis And I been without one All 1st Shift (7am-3pm) And I'm Just trying to Go to sleep. He then stated "Fuck you Sleep in the Shower" And walked off.

3.) I Notified L.T "Dixon" of this situation when he came in & signed the book And He told me to take it up with his officers And I told him I did And he did the same thing C/O Rutherford did, Just walked off. He knew my situation And what was Going on because I yelled for help Plenty of times, But he was Non-Compassionate & unhurried in Action & had no compassion Whatsoever, it was A conscious insult on his behalf, And I was Still Left in the Shower for hours Rev. 7/20/18 On End!

6

→ OVER

(9)

# * Claim Continued *

4.) I could See the bubble ( Control Area /where officers sit) from the Shower I
was in and I watched C/o "Thompson, Hannah, & Rutherford" ( every C/o assigned
to Seg) All play cards, eat dinner, Lolly Gag, Smile & laugh at me and humiliate
& depreciate me while I stood in that bug infected /molded Shower because
they (c/o's) knew I had medical /health issues so it was like a puppet show
& hilarious to them. I was crushed in a real bad car accident & broke my
back in 4 places & broke 3 bones in my leg & dislocated my knees & ankles
and have massive hardware in my leg. That I accidently Re-tweeked and
broke a couple screws inside the plate due to a Recreational activity a while
ago, and that I take serious pain meds for. ( See Attached Medical document)

5.) They (c/o's) wanted me to beg for mercy because they knew it was
absolutely impossible for me to stand for so many hours. C/o Rutherford
Arrived on the Deck & Signed the book numerous of times and him & C/o
Thompson even escorted the nurse on the wing for her daily Routine to pass
out medication. they told the nurse not to give me my pain meds (Tylenol 3's)
(Codiene pills) So she kept walking. I ask them (c/o's) numerous of times
can they please put me in my cell everytime I seen them & they would just
ignore me, like I didn't even exist. C/o Rutherford did this same behavior
(leaving me in the shower for hours on end) a month prior to this, he left me
in the shower 2 hours but I never thought anything of it. I thought
maybe he was having a bad day & im a pretty understandable guy so I never
filed a grievance about this ( "Nathan Cobbs" was my cellmate & can be
called forward as a wittness) .

②

**\* CIAim Continued \***

6.) Hours Went PASS And I Seen (SGT "Seen" Anthony L.) WAIK PASS The UNIT & entered inside The bubble, He Supposedly ASKed The C/O's "WHATS THAT GUY STill DoinG in The Shower" And About 20 mins LATER C/O Rutherford Appeared Out The bubble And CAME & Approached The Shower & ASKed Me WAS I Ready And I Told him I WAS ready hours AGO. And before He Put The RESTRAINTS on Me I ASKed him " I'M JUST curious Sir, I dont Know you & you dont Know Me, I Never had Any AltercAtions with you & Not once have I ever disrespected you, But This is Your Second TiMe LEAVING Me in The Shower intentionally for Hours on end And I JUST WANTED To Know Why?! And he SiMply STATED " Because when I first Met you You CAlled PREA (Prison Rape ElimiNATion Act) on Me And Told Them I Grabbed Your ASS (buttocks) when I WAS Putting Restraints on you from The back" So I Told him " So All This is About RetAliATion & thats The only reason You CAN Come up With for Leaving Me in The Shower?" He SAid " Yup, And for That Shit That hAppened 2 weeks AGO" ( TAlKING About The ASSAult with his fellow Co-workers). I Told him THANK You, I JUST WANTED To Know WHY.

7.) At This TiMe it WAS 9:00 P.M 30 Mins Before 9:30 I.D Count. So There-fore I WAS Left in The Shower for ApproxiMATElY 6 Hours! And im very CIAuStrophobic & TAKe extreMe AnxieTY Pills for This. On MY WAY To MY Cell I Could barely WAlK Due To PAin in My Legs, AnKles & Knees & BACK, MY whole entire body WAS Stiff! As We Approached The Cell And I Got in There I Noticed THAT MY dinner TRAY WAS Not in There & I Still didnt have A MATtress or bed roll. I Then ASKed " Where's My dinner TrAY, bedroll, & MATtress AT?"

③

**\* CLAIM CONTINUED \***

8.) And He SAID " I DON'T KNOW, hopefully 3rd Shift (11pm-7am) CAN figure it out " So I immediately Reacted & took the restraints hostage As He WAS removing them, the simple fact cause Had He Left & Went Home Noone (2nd & 3rd Shift Higher Authorities) WOULD'VE Never Known THAT I WAS JUST MIS-TREATED OUT OF BASIC HUMAN RIGHTS!

9.) SGT "Anthony L. Seed" WAS CAllED ViA RADIO & CAME And ASKED ME WHAT WAS GoinG on & I TOID him everything from the MATTRESS, The Shower Situation, him NOT FeeDinG ME, And him DELiBERAtely LeAVinG ME in The Shower for 6 hours out of CRUEL RETALiATiON. (SGT. Seed) Then CAllED L.T "DiXON" ViA RADIO And L.T DiXON Arrived And He (SGT. Seed) TOId him the Current Situation & L.T DiXON TRiED pleaDinG With ME And I TOId him "Go Get ME A MAJOR BECAUSE When I TOId you WHAT WAS GoinG When you CAME & SiGnED The book you WAS AWARE OF MY Situation but you WAlkED OFF So in All WORDS you bASicAlly SAiD fuck ME". He Then WAlkED OFF As USUAL & CAllED The Shift Supervisor ViA RADio & MAJOR "WHELAN" ARRived And WAS Very LeRient Towards the Situation & ASKED SGT. Seed WHAT WAS The problem And He TOId him And thats When him (MAJOR) & SGT. Seed ACCOMODATED ME With food, MY MEDiCAtion, MATTRESS, bed Roll, etc. And in THiS Situation A DisciplinARY Report is norm for These Type of Actions, but A TicKET WAS never WRitTen BECAUSE C/O RutherfoRD, COULDNT JUSTiFy & Give MAJOR WHELAN OR SGT. Seed A LeGitiment / Reasonable explanation to Why I WAS DELibERAtely Left in The Shower & Held CAPtive for hours on end. in ClOSinG, I STill experience onGoinG PAin in MY Knees & LeGS, I have MUSCLE SPASMS & They Tend To LOCK up Sometimes. And CAMERAS on SeG B-WinG CAn be ReviEWED. And See ATTAChED AFFiDAViT'S in Support.

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Attorney fees in the amount of $7500 on any count triable before the court; punitive damages in the amount of $250,000.00 against each defendant jointly and severally, on all counts triable before the court.

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☑ does  ☐ does not request a trial by jury.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on:   September 12th, 2019
                         (date)

P.O. Box 1700
            Street Address

Galesburg, IL 61402
            City, State, Zip

_Rashad Richmond_
Signature of Plaintiff

RASHAD RICHMOND
Printed Name

M41803
Prisoner Register Number


Signature of Attorney (if any)

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

August 29, 2019

Rashad Richmond
Register No. M41803
Hill Correctional Center

Dear Mr. Richmond:

This is in response to your grievance received on August 8, 2019, regarding Staff Conduct (C/O's Rutherford, Thompson, Hannah & Lt. Dixon 7/23/19), which was alleged to have occurred at Lawrence Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Richmond's August 4, 2019 grievance states in summary that on July 23, 2019, the above named officers purposely left him in the shower for six (6) hours and that C/O Rutherford admitted he did this out of retaliation for prior PREA claims Richmond has filed. While Richmond writes he was denied a mattress/bed roll and dietary tray, the issue is moot; as his ending statements reflects he was given these. *It is noted Richmond transferred to Hill, the following day (7/24/19).*

Based on a total review of all available information, it is the opinion of this office that the grievance be remanded back to the CAO of Lawrence to have Richmond's claims reviewed and a report of findings provided to this office. Once received, this office will finalize this review. It is noted Richmond's current MSR date is October 3, 2019.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

**I concur. Warden of Lawrence is to proceed as directed above.**

_Rob Jeffreys_          8/29/19

Rob Jeffreys
Acting Director

cc:   Warden, Lawrence Correctional Center
      Warden, Hill Correctional Center
      Rashad Richmond, Register No. M41803
      Tickler File, ARB / Inmate Issues

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

September 17, 2019

Rashad Richmond
Register No. M41803
Hill Correctional Center

Dear Mr. Richmond:

This will **finalize** the Administrative Review Board's report dated August 29, 2019 in response to your grievance received on August 8, 2019, regarding Staff Conduct (C/O's Rutherford, Thompson, Hannah & Lt. Dixon 7/23/19), which was alleged to have occurred at Lawrence Correctional Center.

This office had remanded the grievance back to Lawrence for a review of the claims and a report of findings.

On September 16, 2019, this office was advised these claims were not substantiated.

Based on a total review of all available information, it is the opinion of this office that the grievance be denied.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _Rob Jeffreys_  9/17/19

Rob Jeffreys
Acting Director

cc:   Warden, Hill Correctional Center
      Rashad Richmond, Register No. M41803

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

10/15/2018  08:16    3098621302          BLOOMINGTONRADIOLOGY          PAGE  02/03

OneRadiology
Normal, Illinois
October 12, 2018


RICHMOND, RICHARD
ID #: M41803
DOB: 10-27-95
Ordered by: Dr. Ahmed
Lawrence Correctional Facility


RIGHT TIBIA/FIBULA TWO VIEWS 10-9-2018:
RIGHT ANKLE THREE VIEWS 10-9-2018:

HISTORY:  Motor vehicle accident.  Right leg pain.

DISCUSSION: No acute bony injury seen in the right tibia/fibula or the right ankle.  Ankle mortise is maintained.  Prior fixation of distal fibula fracture.  Also there has been prior fusion of the distal tibia/fibula joint.  Break in the fusion screw extending into the right tibial shaft is noted.  The rest of the tibia and fibula are otherwise unremarkable.

Signed_____
                A. Malpani, M.D.

Dic:10-12-2018

Films from Lawrence Correctional Facility



# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M41803 | **Counseling Date** | 09/16/19 15:24:16:197 |
| **Offender Name** | RICHMOND, RASHAD K. | **Type** | Collateral |
| **Current Admit Date** | 08/01/2018 | **Method** | Other |
| **MSR Date** | 10/03/2019 | **Location** | HIL   ADMINISTRATION BUILDING |
| **HSE/GAL/CELL** | OR-01-33 | **Staff** | NAVAR GUERRERO, YOLANDA, Account Technician I |

Note to offender Richmond: certificate and trust fund statement attached as requested.  Please be aware that Business Office/Trust Fund only has access to the records of Hill CC, so we are unable to provide you with your statement from Lawrence.  You will have to write to Lawrence CC directly to access this information.

1 OF 5

## AFFIDAVIT OF RICHMOND, RASHAD K. #M41803

I, Richmond, Rashad K., provide the below FACTS AS AN "AFFIDAVIT OF TRUTH" which wherein relates to the DAY of July 23rd, 2019, TO WHICH CAUSED WRIT OF ATTACHMENT of said claim under complaint. The FACTS OF SAID AFFIDAVIT is A TESTIMONY OF the incident, And if called AS A WITNESS I would testify TO the following:

1.) On July 23rd, 2019, I WAS Released out of CRISIS (suicide watch) in Lawrence C.C After being there for 2 weeks due to a trauma incident / me getting assaulted by officers 2 weeks prior.

2.) I WAS escorted TO SEG (segregation) AND I immediately notified officers & Lieutenants THAT I needed A MATTRESS & Bed Roll Because I didn't have one due TO me being released from CRISIS. But They (C/O's) gave me the Run Around So I WAS STUCK without A MATTRESS And Bed roll until 2nd shift (3pm–11pm) came.

3.) This particular DAY SEG (B wing) had showers and by me being one of the first few Cells (Lower 3) I WAS the first to shower Right when the C/O's GOT on DECK at Approximately 3:00.

2 OF 5

4.) When I got to the shower I asked C/o "Rutherford" very nicely can he please get me a mattress & bed roll because I just got out of crisis and went the whole entire 1st shift (9AM-3PM) without one and I'm just trying to go to sleep. He stated " FUCK You Sleep in the shower" and walked off.

5.) I notified Lieutanant "Dixon" of this situation when he came in and signed the book & he told me to take it up with my officer & I told him I did and he did the same thing C/o "Rutherford" did, just walked off. I was then still left in the shower for HOURS ON END!

6.) I could see the bubble (where officers sit / control area) from the shower I was in and I watched C/o "Thompson, Hannah, & Rutherford" all play cards, eat dinner, lolly gag, smile & laugh at me and humiliate & depreciate me while I stood in that bug infected / molded shower because they (C/o's) knew I had medical / health issues so it was like a puppet show & hilarious to them. I was crushed in a real bad car accident & broke my back in 4 places & broke 3 bones in my leg and dislocated my knees & ankles and have massive hardware in my leg. So they wanted me to beg for mercy because they (C/o's) knew it was absolutely impossible for me to stand for so many hours.

3 of 5

7.) Rutherford came on deck & signed the book numerous of times & him and C/O Thompson even escorted the nurse on the wing to pass out meds. They even told the nurse not to give me my pain meds ( Tylenol 3's ) So she never gave them to me. I asked them ( C/O's ) nicely can they please put me back in my cell everytime I seen them and they would just ignore me, like I didn't even exist.

8.) C/O Rutherford did this same thing ( leaving me in the shower hours on end ) A month prior to this, He left me in the shower for 2 hours but I never thought anything of it, thought maybe he was having a bad day & I'm a pretty understandable guy so I never filed a grievance.

9.) As hours go pass I seen Sgt. "Anthony L. Seed" walk pass the unit & entered inside the bubble, He supposedly asked the C/O's "Whats that guy doing in the shower"? And like 20 mins later Rutherford appeared at the bubble & came and approached the shower and asked me was I ready & I told him I was ready hours ago!

10.) Before he put the restraints on me I asked him " I'm just curious Sir, I don't know you from a can of paint, I never had any altercations with you, and not once have I ever disrespected you, But this your second time leaving me in the shower intentionally for hours and I just want to know WHY?! "

4 of 5

11.) He simply stated "Because when I first met you you called PREA (Prison Rape Elimination Act) on me and told them I grabbed your ass when I was putting restraints on you from the back" so I asked him "So all this is about retaliation & that's the only reason you can come up with for leaving me in the shower?" He said "and for that shit that happened 2 weeks ago (Sexual Abuse & Assault incident prior to this)" I then told him Thank-you I just wanted to know why.

12.) At this time it was 9:00 P.M, 30 mins before 9:30 I.D count. So therefore I was left in the shower for approximately 6 hours! And I'm very claustrophobic & take extreme anxiety meds for this.

13.) On my way to my cell I could barely walk due to pain in my legs, ankles, knees & back. My whole entire body was stiff.

14.) As we approached the cell and I got in there I noticed that my dinner tray was not in there & I still didn't have a mattress or bed roll. I then asked "Where's my tray, mattress & bed roll at?" And he said "I don't know, hopefully 3rd shift (11pm-7am) can figure it out." So I immediately reacted & took the restraints hostage as he was removing them, The simple fact cause had he left & went home noone (2nd & 3rd shift higher authorities) would've never known that I was just mistreated out of basic human rights!

5 of 5

15.) SGT'S, L.T'S, AND MAJORS WERE CALLED VIA RADIO AND WAS AWARE OF MY SITUATION AND I EXPLAINED TO THEM WHAT HAPPENED & MAJOR "WHELAN" (SHIFT SUPERVISOR) AND SGT. "SEEN" APPROACHED C/O Rutherford AND ASKED HIM WHY I WAS LEFT HOSTAGE IN THE SHOWER FOR SO LONG AND HE COULDN'T GIVE THEM (MAJOR & SGT.) A LEGITIMENT/REASONABLE EXPLANATION TO WHY I WAS DELIBERATELY LEFT IN THE SHOWER & HELD CAPTIVE FOR HOURS ON END, SO A DISCIPLINARY REPORT WAS NEVER WRITTEN, AND IN THIS SITUATION A DISCIPLINARY REPORT IS NORM FOR THESE TYPE OF ACTIONS.

16.) SGT. SEEN AND MAJOR WHELAN ACCOMMODATED ME WITH SOME DINNER TRAYS, A MATTRESS & A BED ROLL. I WAS THEN SHIPPED OFF TO HILL C.C THAT FOLLOWING MORNING.

RESPECTFULLY SUBMITTED,

Rashad Richmond

STATE OF ILLINOIS
COUNTY OF KNOX

SIGNED AND ATTESTED BEFORE
ME ON THE 21ST OF AUGUST 2019
BY RASHAD RICHMOND.

Sally A Huffer
NOTARY

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, __LEON JACKSON #R18100__ being first duly sworn upon
my oath depose and state that the following matters are both true and correct
made upon personal knowledge and belief, and if called as a witness, I am
competent to testify thereto: On July 23, 2019 I was Housed
At Lawrence Correctional Center on (B-Wing) Segregation)
(Cell) uppee 18 When a Incident with Rashad Richmond
(M41803) Occured. I watched This Inmate Getting
Escorted to Lawree #3 (cell) P-Wing. We Briefly Communicated
and He told me they Had Just released Him From Off the Casis
unit, and He begin to Call C/o's asking them where is His mattress
and other property at? The C/o's Left work without giving Him
anything, on First Shift. when Second Shift arrived they took
Inmate Rashad Richmond 41803) to the Shower Because it
was our Sneduled Shower Day and it was the First Cell to begin
Shower's. Hour's went passed and I realized that (Cell 3) was
Open, meaning He wasnt in the Cell Still, I yelled out his name
and Found out he'd never Left the Shower. a Few times I
Heard Him talking to C/o's Rutherford, Hannah, and Thompson
And a Lt. Dixon). After these C/o's was proceeding with Shower's
Inmate Richmond M41803 Begin to Call each one asking to
Be Escorted to His Cell, they Continued to Ignore and neglect
Him. Some time later the Nurse came around to do Her Daily
Rounds Inmate Richmond, again Called to these (3) officer's
asking For His pain medication? They all including the Nurse
Ignored Him pleading to recieve His medication. Just to
go Door to Door of us other Inmates to Issue us our Daily
medication neglecting Inmate Richmond. Some time later
I Heard the Shower Gate being unlocked and Seen Inmate
Richmond, Being escorted to His Cell Lawer #3 I also notices
a limp in this Inmates walk Like He Could Barely walk while
Officer Rutherford Secured His Cell Door. Next Inmate Richmond
Refuse to give officer's the Hand Cuffs Back. When Rutherford

Page 1 of 2

asked whats wrong? He (Inmate Richmond) Responded "I've Been Trying to tell yall the Same thing Since First Shift ~~and~~ Since you've (Officer Ruther) Come On Shift. Go get Someone of Higher authority I Can Speak with Because yall Havent given me No Mattress No Dinner, No Soap, No Toothpaste, Nothing!" after Complaining and I assume Negotiating For a while, Then I Seen (Sgt Seen) and (Major whelan) eventually accomodate Inmate Richmond with a Mattress, Food (styrophane Tray) and a Brown Bag I assume was Hygene products, and the nurse Came Back to issue Him meds. (~~Sgt Seen asked~~) (Major whelan & Sgt Seen) Asked C/o Rutherford why was (Inmate Richmond M41803) Left in the Shower For So many Hours? Officer Rutherford Diant Reply only Shrugging His Shoulders as if to Say He Diant Know? This Officer Knowingly Held Inmate Richmond Captive Inside this Shower For hours For which I Believe to be Cruel and unusual punishment. This Inmate Rashad Richmond M41803 Was Transfered the Next Morning.

SATFOFILLINOIS
COUNTY OF KNOX
SUBSCRIBED AND SWORN TO BEFORE
ME THIS 12th DAY OF September 20 19 by Leon Jackson

Notary : Sally A Huffer

So Stated :

page 2 of 2.

SALLY A HUFFER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 26, 2022