# NOTICE OF CHANGE OF ADDRESS

CASE #1    Richmond v. Rutherford - 3:19-CV-01097-NJR

CASE #2    Richmond v. Kessler - 3:19-CV-01096-NJR

CASE #3    Richmond v. Brookhart - 3:19-CV-001046-NJR

CASE #4    Richmond v. Director of Nurses - 3:19-CV-001045-SMY

---

This is my current address "150 N. Main St, Sycamore IL 60178". The reason why I haven't been responding is because it's been multiple deaths in the family & I lost my mother and so that address is no longer occupied, plus someone was tampering with the mail. My Aunt (Dorothy Richmond) went by the house and found letters from the court all over the driveway & in the trash can. I immediately told her to call the courts & she did. I've been hospitalized & incarcerated since the beginning of December. My Aunt has been all over the world looking for me a lawyer. She's been meeting lawyers at courthouses, calling legal clinics, been to multiple legal buildings, leaving voicemails to thousands of lawyers, and still nothing! And she can also verify that herself, but at this point I need some legal help A.S.A.P. Because there's no law library where I'm at due to the facility being small, I don't know law or anything about the law. I just know when my rights are being violated, and I can't respond because I don't know what to do or say. So I'm kindly asking the courts can they PLEASE appoint me an attorney. I've filed motion for representation and everything but has been denied. I am in desperate need of help can you please help me? Please & thank you.

Respectfully Submitted,

Ronni Richmond

RASHAD RICHMOND
150 N. MAIN ST.
SYCAMORE, IL 60178

※ LEGAL MAIL ※

SOUTHERN DISTRICT OF ILLINOIS
CLERK OF THE COURT
750 MISSOURI AVE.,
EAST ST. LOUIS, IL 62201

MAIL CLEARED
US MARSHAL

6.2201-295429

RECEIVED

MAR 2 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

*LEGAL MAIL*